UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | 2:13-cv-05009-CAS-AJWx | Date | February 19, 2014 |
|---|---|---|---|
| Title | TODD D. PIKE V. DR. HENRY LEE, M.D., ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) DEFENDANTS' MOTION TO DISMISS OR REMAND (dkt. 16, filed January 17, 2014)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of February 21, 2014, is vacated, and the matter is hereby taken under submission.

On August 30, 2013, the Court dismissed defendant J. Clark Kelso's motion to dismiss, and ordered plaintiff Todd D. Pike to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Dkt. 12. On September 12, 2013, plaintiff responded to the order to show cause by indicating that he wished to amend his complaint to assert claims under federal law. Dkt 13. On September 17, 2013 the Court granted plaintiff's request to amend, giving plaintiff 30 days to file an amended complaint. Dkt 15.

To date, plaintiff has not filed an amended complaint. On January 17, 2014, defendants Mark Interian, Henry Lee, and Elvin Valenzuela moved to dismiss this case or, in the alternative, remand the case to San Luis Obispo Superior Court. Dkt. 16. Plaintiff has not filed an opposition. Because plaintiff has not amended his complaint to allege claims under federal law, this Court finds that it lacks subject matter jurisdiction for the reasons stated in the Court's August 30, 2013 order. Accordingly, the Court REMANDS this case to the San Luis Obispo Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |